# United States District Court
## Violation Notice

**CVB Location Code:** OR23

**Violation Number:** FBEY00ET
**Officer Name:** King
**Officer No.:** 2231

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 09/01/2025 19:09
**Offense Charged:** FED 36CFR261.10R
**Place of Offense:** Kinnikinnick Campground, Site #2

**Offense Description: Factual Basis for Charge**
Unlawful Possession of Alcohol Beverage

HAZMAT ☐

FBEY00ET

### DEFENDANT INFORMATION

**Phone:**

**Last Name:** Mozqueda Leon
**First Name:** Omar
**M.I.:** N

**Street Address:**
**City:**
**State:**
**Zip Code:**
**Date of Birth (mm/dd/yyyy):**

**Drivers License No.:**
**CDL:** ☐
**D.L. State:**
**Social Security No.:**

Adult ☐  Juvenile ☐  Sex ☐ M ☐ F
Race:  Hair:  Eyes:  Height:  Weight:

### VEHICLE

**VIN:**   CMV ☐
**Tag No.:**  **State:**  **Year:**  **Make/Model:** /  **PASS** ☐  **Color:**

**A** [X] IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

**B** ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

**Forfeiture Amount**
$ 30.00  **Processing Fee**
**PAY THIS AMOUNT**  **Total Collateral Due**

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:**
**Date (mm/dd/yyyy):**
**Time (hh:mm):** 09:00

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Previous edition is obsolete   Original - CVB Copy   FS-5300-4 (7/05)

FBEY00ET

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on    09/01/2025    while exercising my duties as a law enforcement officer in the            District of    OR

Pursuant to 16USC 551: ...Mt Hood National Forest, Hood River Ranger District, I was patrolling the area of Kinnikinnick Campground when I observed a large group of young adults occupying campsite 2 while utilizing a charcoal grill. As of 17 July 2025, the Mt Hood National Forest has been under fire restrictions, which includes the use of charcoal briquets. When I exited my patrol vehicle to speak to the group about the charcoal cooking fire, I also observed and pointed out to the group that they were occupying a campsite for the purposes of day use. When I asked the group of eight whether or not they had paid anything to be there, they stated they had not (36 CFR 261.10n). I motioned to where the nearby signs were located indicating they were at a federal fee site and I just got shoulder shrugs. I got a similar response when I mentioned the use of their charcoal grill and the signs stating how the Mt Hood National Forest was under fire restrictions. Lastly, the group of eight people were all consuming alcoholic beverages. They were drinking Coors Lights, Modelos, and White Claws. The group looked very young so I asked who in the group was over 21 years old, and no one spoke up. Then I asked who was at least 18, and they all indicated they were. After interviewing several people, with the help of my partner Officer G. Marquez, it was determined that one individual was the sole party responsible for obtaining the alcohol for the group to consume. He was identified by his Oregon Provisional License as MOZQUEDA LEON, Omar N. from Hood River, OR. MOZQUEDA LEON stated he obtained the alcohol from someone not present at the campsite who was over the age of 21. Therefore, I cited MOZQUEDA LEON pursuant to 36 CFR 261.10 (r) Possessing any alcoholic beverage in violation of state law (ORS 471.430). The other seven members of the group received various warning notices for failing to pay the required recreational fee and maintaining an illegal stove fire.

The foregoing statement is based upon:

     MY PERSONAL INVESTIGATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on:    09/01/2025      *Edward A. King*
            Date (mm/dd/yyyy)     Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

Executed on: _____
            Date (mm/dd/yyyy)     U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;     PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;     CMV = Commercial vehicle involved in incident